## I. N. McNutt v. State.

No. 24596 January 11, 1950

No attorney for appellant of record on appeal.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The unlawful possession of whisky for the purpose of sale is the offense; the punishment, a fine of $100.

The record is before us without bills of exception. The facts show that appellant was found in possession of four pints of whisky in Hockley County, a dry area.

This was sufficient, under the prima-facie-evidence rule, to authorize the jury to conclude that the whisky was possessed for the purpose of sale.

The judgment is affirmed.

Opinion approved by the Court.